# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ERIN KENNY,<br><br>　　　　　　Defendant. | Case No. 2:03-cr-00306-KJD-NJK<br><br>ORDER GRANTING MOTION FOR SUPPLEMENTARY PROCEEDINGS OF JUDGMENT DEBTOR EXAMINATION<br><br>(Docket No. 38) |

This matter is before the court on Plaintiff's Motion for Order Scheduling Judgment Debtor Examination and Production of Documents (Docket No. 38), filed October 23, 2015. For good cause appearing, Defendant Erin Kenny is hereby Ordered to appear before the undersigned United States Magistrate Judge in courtroom 3D, Lloyd D. George Federal Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, at 9:00 a.m. on December 2, 2015, to then and there answer upon oath concerning the property of the defendant and for such other proceedings as there may occur consistent with proceedings supplementary to execution.

**IT IS FURTHER ORDERED** that the defendant bring to the hearing the following:

1. Your three most recent federal income tax returns with their attachments.

2. Copies of all personal and business financial statements concerning checking and savings accounts for the past twelve months.

3. A copy of the titles to all vehicles, automobiles, boats, aircraft, etc. owned by or belonging to you and/or your spouse.

4. Copies of your earnings statements (i.e. paychecks) for the past twelve months.

5. Copies of your bills for the past twelve months to verify statements on the financial form.

**IT IS FURTHER ORDERED** that a copy of this order shall be personally served upon the defendant at least fourteen calendar days before the hearing scheduled herein.

Failure to appear may subject the defendant to punishment for contempt of court.

IT IS SO ORDERED.

DATED: November 5, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge