UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ERIN KENNY<br><br>   Defendant. | Case No. 2:03-cr-00306-KJD-NJK<br><br>**ORDER GRANTING<br>MOTION TO VACATE JUDGMENT<br>DEBTOR EXAMINATION** |

This matter came before the Court on Plaintiff's Unopposed Motion to Vacate Judgment Debtor Examination. The Court has reviewed the motion and finds good cause for the requested relief. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion to Vacate Judgment Debtor Examination scheduled for December 2, 2015 at 9:00 a.m. is **granted**.

DATED this day 30th of November, 2015.

_____
Nancy J. Koppe
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney